IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| LARRY HARRIS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 323-080 |
| | ) |
| JERMAINE WHITE, Warden; DAVID CHANEY, M.D.; MORGAN, Medical Director; BEVERLY MURRAY, Physician Assistant; NURSE RAWLINS; and CO 2 SARSHAH WOODARD, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 10.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 15th day of February, 2024, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE